JUNE BENNETT GARDNER, appellant,

*v.*

EMMET V. HALL et al., respondents.

[Decided April 30th, 1943.]

*Messrs. Parsons, Labrecque & Borden,* for the appellant.

*Mr. Ward Kremer,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported at *132 N. J. Eq. 64.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, HEHER, PERSKIE, PORTER, WELLS, RAFFERTY, THOMPSON, JJ.  8.

*For affirmance on the result*—CASE, BODINE, JJ.  2.

*For reversal*—DONGES, J.  1.